**Order entered September 3, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00652-CV

**SB PREMIUM, LLC D/B/A SUICIDE BUNNY, TIFFANY GRESHAM, LARRY SCOTT GRESHAM, SB PRODUCTS, SUICIDE BUNNY, AND WAGES AND WHITE LION INVESTMENTS, LLC, ET AL., Appellants**

**V.**

**BRANDIE HARRIS, INDIVIDUALLY AND AS HEIR AND REPRESENTATIVE OF THE ESTATE OF NEIL HARRIS AND AS NEXT FRIEND OF MINORS O.H., A.H., AND B.H., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-00359**

## ORDER

The clerk's record in this case is overdue. By postcard dated July 30, 2021, we notified the Dallas County District Clerk that the clerk's record was overdue. We directed the Dallas County District Clerk to file the clerk's record within thirty days. To date, the clerk's record has not been filed.

Accordingly, this Court **ORDERS** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, either the clerk's record or written verification that appellants have not paid for or made arrangements to pay for the record. *We notify appellants that if we receive verification they have not paid for or made arrangements to pay for the record, we will, without further notice, dismiss the appeal.* See TEX. R. APP. P. 37.3(b).

We **DIRECT** the Clerk of the Court to send a copy of this order to:

Felicia Pitre
Dallas County District Clerk

All parties

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE